AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| Tina Lee, individually and on behalf of all others similarly situated, <br><br> ———————————————— <br> *Plaintiff(s)* <br> v. <br><br> The Kroger Co., <br><br> ———————————————— <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 3:22-cv-01086 -SMY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Kroger Co.

c/o Corporation Service Company
50 W Broad St Ste 1330
Columbus OH 43215-3307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sheehan & Associates, P.C., 60 Cuttermill Rd Ste 412 Great Neck NY 11021-3104 (516) 268-7080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/24/22

_____
Signature of Clerk or Deputy Clerk

